GLENNA KIDD     ) C/A No. 01A01-9808-CV-00413
           ) BEDFORD COUNTY
  Plaintiff-Appellant  ) Circuit No. 7894
           )
           )
v.          )
           )
           )
ANN HAWTHORNE    )
           )
  Defendant-Appellee  )

**FILED**

**December 22, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

## IN THE COURT OF APPEALS AT NASHVILLE

APPEALED FROM THE CIRCUIT COURT OF BEDFORD COUNTY AT NASHVILLE, TENNESSEE

GLENNA KIDD, Appellant
P. O. Box 499
1508 Highway 64 West
Shelbyville, TN 37162

  <u>Pro</u> <u>Se</u>

NO BRIEF FILED FOR APPELLEE

AFFIRMED AND REMANDED

**Houston M. Goddard, Presiding Judge**

CONCUR:

FRANKS, J.
McMURRAY, J.

Goddard, P.J.

This suit originated in the General Sessions Court for Bedford County wherein Ann Hawthorne prosecuted an unlawful detainer warrant as to certain real estate against Glenna Kidd. Thereafter, Ms. Kidd filed a claim against Ms. Hawthorne and sometime during the proceedings, perhaps after the counter-claim was filed, the parties and the Court treated the original Plaintiffs and counter-Defendants as Ann Hawthorne and Ken Hawthorne.

The General Sessions Judge found in favor of the Hawthornes, granted them possession and, as best we understand,
a judgment of $100 for rent. An appeal was taken to the Circuit Court wherein the Circuit Judge dismissed the counter-claim and awarded judgment in favor of the Hawthornes against Ms. Kidd in the amount of $1827.13.[1]

Ms. Kidd has filed a document styled "Informal Brief" which does not meet the requirements of Rule 27 of the Tennessee Rules of Appellate Procedure and advances no issues on appeal.

Moreover, there is no transcript or statement of the evidence as to the hearing below. Under such circumstances an appellate court must presume the judgment of the Trial Court is supported by sufficient evidence. J. C. Bradford & Co. v Martin Const. Co., 576 S.W.

---

[1] We presume by the time of trial in the Circuit Court, possession of the property had been restored to the Hawthornes.

2d 586 (Tenn.1979); <u>Irvin v. City of Clarksville</u>, 767 S.W. 2d 649 (Tenn.App.1988); <u>Daniel v. Metropolitan Government</u>, 696 S.W.2d 8 (Tenn.App.1985).

For the foregoing reasons the judgment of the Trial Court is affirmed and the cause remanded for collection of the judgment and costs below. Cost of appeal are adjudged against Ms. Kidd and her surety.

_____
Houston M. Goddard, P.J.

CONCUR:


_____
Herschel P. Franks, J.


_____
Don T. McMurray, J.